# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

4432 Individual Tobacco Plaintiffs,
Appellants
v.
Various Tobacco Companies, et al.,
Appellees.

Case No. 13-10839

## PLAINTIFFS-APPELLANTS' REPLY IN SUPPORT OF THEIR MOTION TO SET ASIDE DISMISSAL AND REMEDY DEFAULT, PURSUANT TO 11TH CIR. R. 42-2

On Appeal from the United States District Court
for the Middle District of Florida
Case No. 3:09-cv-10000-TJC-JB

LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
Elizabeth J. Cabraser
ecabraser@lchb.com
Robert J. Nelson
rnelson@lchb.com
Lisa J. Cisneros
lcisneros@lchb.com
275 Battery St., 29th Floor
San Francisco, California 94111
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

THE WILNER FIRM, P.A.
Norwood S. Wilner
nwilner@whmlegal.com
444 East Duval Street
Jacksonville, Florida 32202
Telephone: (904) 446-9817
Facsimile: (904) 446-9825

*ATTORNEYS FOR PLAINTIFFS-APPELLANTS*

1095266.1

Plaintiffs-Appellants logged into the Eleventh Circuit's electronic filing system and began the process of filing their Opening Brief and Record Excerpts before the midnight deadline, but, due to technical difficulties, did not complete the filing process until 16 minutes after the deadline.  Counsel take full responsibility for the late filing, as counsel did not anticipate the delay associated with filing the Record Excerpts and misunderstood their obligation to file the Record Excerpts in paper form.  But for this misunderstanding, the Brief and Record Excerpts would have been timely filed.

This appeal concerns the claims of more than 500 families who wish to pursue their *Engle* lawsuits.  Plaintiffs-Appellants have taken swift action to reinstate their appeal.  Counsel contacted the clerk's office nearly the minute the office opened on April 23 to address the technical difficulties and late filing. Plaintiffs-Appellants filed the present motion to set aside the dismissal the next business day after the clerk's dismissal order issued.  In addition, Plaintiffs-Appellants have filed this reply one day after Defendants-Appellees submitted their opposition to the motion.  Were the Court to grant the requested relief and set aside the dismissal, no rational attorney would consider the facts of this filing as an invitation to flout the Court's strict deadlines.   Here, for example, counsel began the e-filing process prior to the midnight deadline.

Defendants-Appellees do not contend that they have suffered prejudice as a result of the delayed filing.  Nor have Defendants-Appellees cited Eleventh Circuit precedent that would preclude the Court from finding extraordinary circumstances under the present facts.  Consistent with the practice of this Circuit and the practice of other circuits to dismiss appeals or not reinstate them only upon a record of significant dilatory conduct, and consistent with this Court's extraordinary circumstances standard, this Court may and respectfully should set aside the dismissal here, where counsel (1) misunderstood the requirements of the Court's newly mandatory electronic filing program, (2) clearly began the process of electronic filing prior to the Court's deadline, (3) experienced unexpected technical difficulties with the e-filing, (4) sought immediate relief, (5) has not otherwise engaged in dilatory conduct before this Court, and (6) the equities warrant consideration of the appeal.

For the foregoing reasons, Plaintiffs-Appellants respectfully request that this Court set aside the dismissal and remedy the default.

Dated: May 3, 2013                    Respectfully submitted,


                                      By:/s/ *Elizabeth J. Cabraser*
                                           Elizabeth J. Cabraser

                                      LIEFF CABRASER HEIMANN &
                                      BERNSTEIN, LLP
                                      Elizabeth J. Cabraser
                                      ecabraser@lchb.com
                                      Robert J. Nelson
                                      rnelson@lchb.com
                                      Lisa J. Cisneros
                                      lcisneros@lchb.com
                                      275 Battery St., 29th Floor
                                      San Francisco, California 94111
                                      Telephone:  (415) 956-1000
                                      Facsimile:   (415) 956-1008

                                      THE WILNER FIRM, P.A.
                                      Norwood S. Wilner
                                      nwilner@whmlegal.com
                                      444 East Duval Street
                                      Jacksonville, Florida 32202
                                      Telephone: (904) 446-9817
                                      Facsimile: (904) 446-9825

                                      *Attorneys for Plaintiffs-Appellants*
                                      *4432 Individual Tobacco Plaintiffs v. Various*
                                      *Tobacco Companies, et al.*

## <u>CERTIFICATE OF SERVICE</u>

On May 3, 2013, I electronically filed the document identified below

through the Court of Appeals for the Eleventh Circuit's Electronic Case Filing

system, which will send a notice of electronic filing to all counsel of record:

**PLAINTIFFS-APPELLANTS' REPLY IN SUPPORT
OF THEIR MOTION TO SET ASIDE DISMISSAL
AND REMEDY DEFAULT, PURSUANT TO 11TH
CIR. R. 42-2**

In addition, on May 3, 2013, I submitted four paper copies of the document

identified above for delivery via FedEx to the Court of Appeals for the Eleventh

Circuit at the following address:

Eleventh Circuit Court of Appeals
John Ley, Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

In addition, on May 3, 2013, I served via electronic mail the above noted

document to counsel identified on the service list below.

I declare under penalty of perjury under the laws of the State of California

that the above is true and correct.  Executed on May 3, 2013 at San Francisco,

California.

/s/ Lisa J. Cisneros
Lisa J. Cisneros

## SERVICE LIST

Peter T. Grossi
Peter.gross@aporter.com
ARNOLD & PORTER LLP
1600 Tyson Boulevard, Suite 900
McLean, VA 22102
Telephone: (703) 720-7051

Geoffrey J. Michael
Geoffrey.michael@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
Telephone: (202) 942-6752

Ingo W. Sprie, Jr.
Ingo.sprie@aporter.com
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1124

*Counsel for Defendant Philip Morris USA Inc.*

John F. Yarber
jyarber@jonesday.com
Stephanie E. Parker
separker@jonesday.com
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 521-3939

*Counsel for R.J. Reynolds Tobacco Company*

Theodore V. H. Mayer
mayer@hugheshubbard.com
HUGHES HUBBARD & REED, LLP
One Battery Park Plaza

New York, New York 10004-1482
Telephone: (212) 837-6000

*Counsel for Lorillard Tobacco Company*

Kelly Anne Luther
KLuther@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone: (786) 587-1045

Karen H. Curtis
kcurtis@cspalaw.com
CLARKE SILVERGLATE, P.A.
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Telephone: (305) 377-0700

*Counsel for Liggett Group LLC and Vector Group Ltd.*